**Appeal Dismissed and Memorandum Opinion filed December 14, 2017.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00729-CV

---

## PAMELA Y. KELLEY, CLARA BROOKS, AND GARY L. LEONARD, Appellants

## V.

## LAVEARN IVEY, Appellee

---

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 14-07-22640**

---

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed August 15, 2017 denying appellants' motion to dismiss for lack of jurisdiction. The record reflects that this is an interlocutory order.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until

final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001). We strictly construe statutes authorizing interlocutory appeals. *Young v. Villegas*, 231 S.W.3d 1, 5 (Tex. App.— Houston [14th Dist.] 2007, pet. denied).

On November 3, 2017, this court notified the parties of the court's intention to dismiss the appeal for want of jurisdiction unless on or before November 20, 2017, appellants filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellants' response includes argument related to the merits of the motion to dismiss but fails to demonstrate that this court has jurisdiction over the appeal.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Wise.